# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL HUMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:17-CV-8-ERW |
| JAMES HURLEY, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motions for Appointment of Counsel [ECF Nos. 15, 16]. This Court has reviewed the pleadings in this matter and is of the opinion the appointment of counsel should be denied. The factual and legal issues are not complex as to require appointment of counsel. Plaintiff's filings indicate he has basic ability to represent himself at this stage in the proceedings. Plaintiff is granted leave to refile a motion at a later date.

Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motions for Appointment of Counsel [ECF Nos. 15, 16] are **DENIED.**

So Ordered this 24th day of August, 2017.

_____
**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**